AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,
    Plaintiff,

V.    Johnny

KALEN, LAWRENCE ~~SABLAN~~,

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00014 - 002**

FILED
Clerk
District Court
APR 24 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **KALEN, LAWRENCE SABLAN**
                                                                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

RECEIVED
APR 23 2008
US MARSHALS SERVICE-CNMI

charging him with (brief description of offense)

**Drug Conspiracy (Count 1); and**
**Distribution And Possession With Intent To Distribute A Controlled Substance (Counts 2 & 3)**

in violation of Title **21** United States Code, Section(s) **846, 841(a)(1)**

and in violation of Title **21** United States Code, Section (s) **841(b)(1)(C)**

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

*Alex R Munson* (signature)
Signature of Issuing officer

**CHIEF JUDGE, DISTRICT COURT OF THE NMI**
Title of Issuing Officer

**4-23-08**          SAIPAN, CNMI
Date and Location

Bail fixed at $ **NO BAIL**    by    *Alex R Munson*
                                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at **Tanapag Village, Saipan MP 96950** |

| DATE RECEIVED **04/23/08** | NAME AND TITLE OF ARRESTING OFFICER **Sgt. Alfred Celes** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST **04/24/08** | **PAO3 / TFO (DEA)** | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____