1  **Bruce Berline, Esq.**
   **Law Office of Bruce Berline**
2  Macaranas Building, Second Floor
   P.O. Box 5682 CHRB
3  Garapan, Saipan, MP 96950
   Telephone: (670) 233-3663
4  Facsimile: (670) 233-5262

5  Attorney for Lawrence Kalen

6
                    UNITED STATES DISTRICT COURT
7                              FOR
                    THE NORTHERN MARIANA ISLANDS
8

9  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 08-00014
10                                    )
         Plaintiff,                   )   DEFENDANT LAWRENCE KALEN'S
11                                    )   MOTION TO COMPEL GOVERNMENT TO
   vs.                                )   GIVE NOTICE OF INTENTION TO USE
12                                    )   EVIDENCE OF OTHER CRIMES,
   KALEN, GREGGORY SABLAN, KALEN,)    WRONGS OR ACTS.
13 LAWRENCE, and SABLAN, MANUEL)
   ALDAN,                             )
14                                    )   Time: 9:00 a.m.
         Defendants.                  )   Date: June 5, 2008
15                                    )   Judge: Munson
                                      )
16 ─────────────────────────────────────

17         Comes now Defendant Lawrence Kalen and moves for an order directing the government to
18 provide notice of its intent to use evidence of prior arrests, convictions, or bad acts. This motion is made
19 under Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16.
           In addition, Defendant moves for production of all evidence, documents, records of judgments
20 and convictions, photographs and tangible evidence, and information pertaining to any prior arrests and
21 convictions or prior bad acts. Evidence of prior record is available under Fed. R. Crim. P. 16(a)(1)(B).
22 Evidence of prior similar acts is discoverable under Fed. R. Crim. P. 16(a)(1)(C) and Fed. R. Evid.
23 404(b) and 609.
24
25 Dated this 16th day of May, 2008.
26
                                                     _____
27                                                   BRUCE BERLINE
                                                     Attorney for Defendant
                                                     P.O. Box 5682 CHRB
28                                                   Saipan, MP 96950