**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

## UNITED STATES DISTRICT COURT

## FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00014 |
| Plaintiff, ) | DEFENDANT LAWRENCE KALEN'S NOTICE OF MOTION TO COMPEL GOVERNMENT TO GIVE NOTICE OF INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS. |
| vs. ) | |
| KALEN, GREGGORY SABLAN, KALEN, LAWRENCE, and SABLAN, MANUEL ALDAN, ) | Time: 9:00 a.m.<br>Date: June 5, 2008<br>Judge: Munson |
| Defendants. ) | |

TO: Eric O'Malley, Assistant United States Attorney
    Horiguchi Building, Third Floor
    P.O. Box 377
    Saipan, MP 96950

Please take notice that on June 5, 2008, at 9 o'clock a.m. or as soon thereafter as counsel can be heard, in The United States District Court for the Northern Mariana Islands, Horiguchi Building, Saipan, CNMI, the undersigned will bring the above motion on for hearing.

Dated this 6th day of May, 2008.

_____
BRUCE BERLINE
Attorney for Defendant
P.O. Box 5682 CHRB
Saipan, MP 96950