F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Greggory Sablan Kalen.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ]<br><br>              Plaintiff, ]<br>vs. ]<br> ]<br> ]<br>GREGGORY SABLAN KALEN, ]<br>LAWRENCE KALEN, and ]<br>MANUEL ALDAN SABLAN, ]<br> ]<br>              Defendants. ]<br>_____] | CRIMINAL CASE NO. 08-00014<br><br>**NOTICE OF MOTION TO CONDUCT INDEPENDENT TESTING OF ALLEGED DRUG EVIDENCE and TO HIRE AN INDEPENDENT LAB FOR SUCH TEST**<br><br>Date: June 5, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Alex R. Munson |

**PLEASE TAKE NOTICE** that Defendant Greggory Sablan Kalen, by and through counsel, will and hereby does move the Court for a Motion To Conduct Independent Testing of Alleged Drug Evidence and To Hire An Independent Lab For Such Test on June 5, 2008 at 9:00 a.m. at the United States District Court for the Northern Mariana Islands. This Motion is supported by a Motion with authorities and all prior pleadings and proceedings had herein.

Dated this 16 day of May 2008.

F. MATTHEW SMITH
Attorney for Defendant Greggory S. Kalen