F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Greggory Sablan Kalen.

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ] | CRIMINAL CASE NO. 08-00014 |
|---|---|---|
| Plaintiff, | ] | **JOINDER BY GREGGORY SABLAN KALEN IN CO-DEFENDANTS' PRE-TRIAL MOTIONS** |
| vs. | ] | |
| GREGGORY SABLAN KALEN, LAWRENCE KALEN, and MANUEL ALDAN SABLAN, | ] | Date: June 5, 2008 Time: 9:00 a.m. Judge: Honorable Alex R. Munson |
| Defendants. | ] | |

Defendant Greggory Sablan Kalen, by and through his undersigned counsel, hereby joins in the following pre-trial motions filed by his co-defendants: 1) Defendant Lawrence Kalen's Motion to Compel Government to Give Notice of Intention to Use Evidence of Other Crimes, Wrongs or Acts; 2) Defendant Lawrence Kalen's Motion to Compel Government to Disclose Identity of Confidential Informant and to Compel Discovery; 3) Defendant Manuel Aldan Sablan's Motion Requesting Prosecutor to serve Discovery Responses on Counsel; and 4) Defendant Manuel Aldan Sablan's Motion Requesting Prosecution to File and Serve a Bill of Particulars on Counsel; all of the foregoing pre-trial motions having been filed in this action; and Defendant Greggory Sablan Kalen hereby adopts and incorporates fully herein by this reference the aforesaid motions, supporting memorandum, and arguments.

Respectfully submitted this __16__ day of May 2008.

                                                                F. MATTHEW SMITH  
                                                                Attorney for Defendant  
                                                                Greggory Sablan Kalen