**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

# UNITED STATES DISTRICT COURT
## FOR
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KALEN, GREGGORY SABLAN, KALEN, LAWRENCE, and SABLAN, MANUEL ALDAN, <br><br> Defendants. | CRIMINAL CASE NO. 08-00014 <br><br> NOTICE OF DEFENDANT LAWRENCE KALEN'S JOINDER IN CO-DEFENDANTS' PRE-TRIAL MOTIONS: REQUESTING PROSECUTION TO FILE AND SERVE A BILL OF PARTICULARS ON COUNSEL; OMNIBUS DISCOVERY MOTION, AND, MOTION TO CONDUCT INDEPENDENT TESTING OF ALLEGED DRUG EVIDENCE AND TO HIRE AN INDEPENDENT LAB FOR SUCH TESTS <br><br> Time: 9:00 a.m. <br> Date: June 5, 2008 <br> Judge: Munson |

Defendant Lawrence Kalen, by and through his undersigned counsel, hereby joins in the following pre-trial motions filed by his co-defendants Manuel Aldan Sablan and Greggory Kalen: 1) Manuel Sablan's *Omnibus Discovery Motion*; 2) Manuel Sablan's *Motion Requesting Prosecution to File and Serve a Bill of Particulars on Counsel*; and, 3) Greggory Kalen's *Motion to Conduct Independent Testing of Alleged Drug Evidence and to Hire an Independent Lab for Such Tests*. Each of the foregoing pre-trial motions having been filed in this action, and Defendant Lawrence Kalen hereby adopts and incorporates fully herein by this reference the aforesaid motions, supporting memorandum, and arguments.

Dated this 16th day of May, 2008.

BRUCE BERLINE
Attorney for Defendant Lawrence Kalen
P.O. Box 5682 CHRB
Saipan, MP 96950