# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-002                                                June 13, 2008
                                                               10:05 a.m.

### UNITED STATES OF AMERICA -v- LAWRENCE SABLAN KALEN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           BRUCE BERLINE, COURT APPOINTED COUNSEL FOR DEFENDANT
           LAWRENCE SABLAN KALEN, DEFENDANT

PROCEEDINGS:   **WAIVER OF SPEEDY TRIAL**

Defendant appeared with counsel, Attorney Bruce Berline. Government was represented by Eric O'Malley, AUSA.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver.

Defendant signed the Waiver of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18 U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including September 30, 2008 and that **jury trial** would commence on **September 8, 2008** at 9:00 a.m. in this Courtroom.

Court ordered the defendant be allowed to remain at liberty under the same terms and conditions as previously set.

                                                Adjourned at 10:20 a.m.


                                                /s/ K. Lynn Lemieux, Courtroom Deputy