**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KALEN, GREGGORY SABLAN, KALEN, LAWRENCE, and SABLAN, MANUEL ALDAN, <br><br> Defendants. | CRIMINAL CASE NO. 08-00014 <br><br> DEFENDANT LAWRENCE KALEN'S MOTION FOR MODIFICATION OF BAIL CONDITIONS <br><br><br> Time: 9:30 a.m. <br> Date: July 22, 2008 <br> Judge: Munson |

Lawrence Kalen, defendant in the above-entitled action, by and through his counsel, Bruce Berline, hereby moves the court, pursuant 18 U.S.C. § 3142 (c)(3), to modify Defendant's conditions of bail.

This motion is made on grounds that Defendant Kalen has an employment opportunity as a security guard; however, his curfew must be modified in order for him to work. Accordingly, Defendant Kalen requests that his curfew, presently set between the hours of 6 p.m. to 6 a.m., be reduced to include only the hours between 3 a.m. and 6 a.m.

Dated this 18th day of July, 2008.

BRUCE BERLINE
Attorney for Defendant
P.O. Box 5682 CHRB
Saipan, MP 96950