# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-002                                                July 22, 2008
                                                               10:00 a.m.

**UNITED STATES OF AMERICA -vs- LAWRENCE SABLAN KALEN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           BRUCE BERLINE, COURT APPOINTED COUNSEL
           LAWRENCE SABLAN KALEN, DEFENDANT

PROCEEDINGS:   MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER

Defendant **LAWRENCE SABLAN KALEN** appeared with court appointed counsel, Attorney Bruce Berline. Government was represented by Eric O'Malley, AUSA. U.S. Probation Officer, Margarita Wonenberg was present.

Court stated that he had read the motion and was prepared to make a tentative ruling.

Government stated that there was no objection to amending the curfew hours. Defense had nothing to add.

Court ordered that the condition of curfew be amended to allow for the defendant's employment. The defendant's curfew hours were amended to 3:00 a.m. to 6:00 a.m. All other conditions remain the same.

Adj. 10:05 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy