# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-002                                                        August 28, 2008
                                                                       9:35 a.m.

### UNITED STATES OF AMERICA  -v- LAWRENCE KALEN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           BRUCE BERLINE, ATTORNEY FOR DEFENDANT
           LAWRENCE KALEN, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

    Defendant appeared with counsel, Attorney Bruce Berline.  Government was represented by Eric O'Malley, AUSA.

    Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

    Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY .**  Court found that the defendant was fully competent to enter knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

    Court ordered a Presentence Investigation Report be submitted by October 28, 2008 and that the **Sentencing hearing be set for Tuesday, December 2, 2008 at 9:30 a.m.**

    Court ordered the defendant remain at liberty on the same terms and conditions as previously set by the Court.

                                            Adjourned at 10:00 a.m.

                                            /s/K. Lynn Lemieux, Courtroom Deputy