F I L E D
Clerk
District Court

AUG 2 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR  THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 08-00014-002 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| LAWRENCE KALEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the defendant be referred  to the US. Probation Office

for investigation and report.  The presentence investigation report is due on **October 28, 2008.**

Sentencing is scheduled for **Tuesday, December 2,  2008** commencing at the hour of 9:30

o'clock a.m.


DATED this 28th   day of August, 2008.


ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)