# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-002  September 11, 2008
                 10:30 a.m.

### UNITED STATES OF AMERICA -vs- LAWRENCE SABLAN KALEN

PRESENT:  HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
          K. LYNN LEMIEUX, COURTROOM DEPUTY
          SANAE SHMULL, COURT REPORTER
          BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
          BRUCE BERLINE, COURT APPOINTED COUNSEL
          LAWRENCE SABLAN KALEN, DEFENDANT

PROCEEDINGS:  MOTION TO SUBSTITUTE THIRD-PARTY CUSTODIAN

Defendant **LAWRENCE SABLAN KALEN** appeared with court appointed counsel, Attorney Bruce Berline. Government was represented by Beverly McCallum, AUSA. U.S. Probation Officer, Margarita Wonenberg was present.

Attorney Berline called potential third-party custodian:

**CARLENE JOHNNY**. DX. CX.

After hearing testimony, Court ordered that **CARLENE JOHNNY** could act as a third-party custodian.

Adj. 10:35 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy